IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Monaghan, Jeffery L

Printed: 11/20/07

Case Number: 06 B 04895
Judge: Wedoff, Eugene R

Filed: 5/2/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 27, 2007
Confirmed: June 29, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 29,745.13 |  |
| Secured: |  | 25,597.60 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 1,512.53 |
| Other Funds: |  | 435.00 |
| Totals: | 29,745.13 | 29,745.13 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,200.00 | 2,200.00 |
| 2. | Volkswagon Credit | Secured | 37,209.41 | 25,597.60 |
| 3. | ECast Settlement Corp | Unsecured | 8,103.92 | 0.00 |
| 4. | American Express | Unsecured | 4,419.76 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 11,304.09 | 0.00 |
| 6. | American Express | Unsecured | 2,973.76 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 150.37 | 0.00 |
| 8. | Sarah Lee Credit Union | Unsecured | 7,911.29 | 0.00 |
| 9. | American Express | Unsecured | 6,176.64 | 0.00 |
| 10. | B-Line LLC | Unsecured | 5,131.63 | 0.00 |
| 11. | State Farm Bank | Unsecured | 6,138.66 | 0.00 |
| 12. | GE Money Bank | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 91,719.53 | $ 27,797.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 64.02 |
| 5% | 231.58 |
| 4.8% | 422.77 |
| 5.4% | 794.16 |
|  | _____ |
|  | $ 1,512.53 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Monaghan, Jeffery L

Printed: 11/20/07

Case Number: 06 B 04895
Judge: Wedoff, Eugene R
Filed: 5/2/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)